639 A.2d 21

## COMMONWEALTH of Pennsylvania

v.

## Robert E. LASSEN, Petitioner.

Supreme Court of Pennsylvania.

Feb. 4, 1994.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

"PER CURIAM:

AND NOW, this 1st day of February, 1994, the request to proceed in forma pauperis is granted and the Motion for Extension of Time to File Petition for Allocatur and request for appointment of counsel are denied.

Mr. Justice Montemuro is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to unavailability of Mr. Justice Larsen, see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993."